# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 24, 2024

Ms. Celeste Cherie Kinney
Federal Community Defender Office
for the Eastern District of Michigan
613 Abbott Street
Suite 500
Detroit, MI 48226

Ms. Brandy Yolanda Robinson
Federal Community Defender Office
for the Eastern District of Michigan
613 Abbott Street
Suite 500
Detroit, MI 48226

Mr. William J. Vailliencourt Jr.
Office of the U.S. Attorney
Eastern District of Michigan
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Re: Case No. 24-1244, *USA v. Ronald Williams*
Originating Case No. : 5:23-cr-20201-1

Dear Counsel,

    Briefing in this case will be held in abeyance temporarily pending a decision in United States v. Goins, No. 23-5848, and the Supreme Court's decision in United States v. Rahimi, No. 22-915. Counsel for the appellant is required to file a status report every 60 days and the first one is due on July 23, 2024. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079