In the
United States Court of Appeals
for the Sixth Circuit

United States of America,

        Plaintiff-Appellant,

    v.

Ronald Norvale Williams,

        Defendant-Appellee.
_____/

Case No. 24-1244

## United States' Status Report

On May 24, 2024, this Court held briefing in abeyance pending decisions by the United States Supreme Court in *United States v. Rahimi*, No. 22-915, and this Court in *United States v. Goins*, No. 23-5848 and ordered that the United States file a status report.

The Supreme Court issued its opinion in *Rahimi* on June 21, 2024. 602 U.S. ___, 2024 WL 3074728. *Goins* remains pending before this

Court and has not yet been decided.

                                           Respectfully submitted,

                                           Dawn N. Ison
                                           United States Attorney

                                           /s/ William J. Vailliencourt, Jr.
                                           William J. Vailliencourt, Jr.
                                           Assistant United States Attorney
                                           Eastern District of Michigan
                                           211 West Fort Street, Suite 2001
                                           Detroit, MI 48226
                                           (313) 226-9626
                                           William.Vailliencourt@usdoj.gov

Dated: July 23, 2024

## Certificate of Service

I certify that on July 23, 2024, I electronically filed this Status Report for the United States with the Clerk of the United States Court of Appeals for the Sixth Circuit using the ECF system, which will send notification of the filing to the following:

Celeste Kinney, Celeste_Kinney@fd.org

Brandy Robinson, Brandy_Robinson@fd.org

/s/ William J. Vailliencourt, Jr.
Assistant United States Attorney