UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

United States of America,

        Appellant,        Case No. 24-1244

v.

Ronald Norvale Williams,

        Appellee.
_____/

## RESPONSE TO UNITED STATES' SECOND STATUS REPORT

On May 24, 2024, this Court held briefing in abeyance pending decisions by the United States Supreme Court in *United States v. Rahimi,* No. 22-195, and this Court in *United States v. Goins,* No. 23-5848. The Supreme Court has issued its opinion in *Rahimi,* and *Goins* is still pending. This Court required for the government to provide a status report every 60 days. R. 12.

In the interim, this Court issued its published decision in *United States v. Erick Williams*, 113 F.4th 637 (6th Cir. 2024). On September 23, 2024, the government filed its second status report, indicating its position that

1

> Although *Goins* remains pending, *Williams* supports the
> government's position that the district court's decision
> here—finding § 922(g)(1) unconstitutional as applied to
> Ronald Williams—should be reversed.

R. 16, p. 3.

The district court did not have the opportunity to assess Mr. Williams's as applied challenge under the new standard announced in *Williams*. Mr. Williams requests this Court either remand to the district court so that it may do so or set a briefing schedule in this Court.

                                        Respectfully submitted,

                                        s/ Celeste C. Kinney
                                        **FEDERAL COMMUNITY DEFENDER**
                                        COUNSEL FOR RONALD WILLIAMS
                                        613 Abbott St., Suite 500
                                        Detroit, MI 48226
                                        TELEPHONE: (313) 967-5843
                                        EMAIL: Celeste_Kinney@fd.org

Dated: October 2, 2024

## **CERTIFICATE OF SERVICE**

    I certify that on October 2, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification to opposing counsel of record.

                                     s/ Celeste C. Kinney
                                     **FEDERAL COMMUNITY DEFENDER**
                                     COUNSEL FOR RONALD WILLIAMS
                                     613 Abbott St., Suite 500
                                     Detroit, MI  48226
                                     TELEPHONE: (313) 967-5843
                                     EMAIL: Celeste_Kinney@fd.org

Dated:  October 2, 2024