In the
United States Court of Appeals
for the Sixth Circuit

United States of America,

        Plaintiff/Appellant,

    v.

Ronald Norvale Williams,

        Defendant/Appellee.
_____/

Case No. 24-1244

## United States' Third Status Report

Briefing was held in abeyance pending decisions by the United States Supreme Court in *United States v. Rahimi*, No. 22-915, and this Court in *United States v. Goins*, No. 23-5848. As noted previously, the Supreme Court decided *Rahimi* on June 21, 2024. 602 U.S. ___, 2024 WL 3074728. In the interim, this Court issued a published opinion in *United States v. Erick Williams*, 113 F.4th 637 (6th Cir. 2024).

On October 8, 2024, this Court issued its opinion in *United States v. Goins*, ___ F.4th ___, 2024 WL 4441462 (6th Cir. 2024). Rejecting an as-applied challenge, the Court held that "[o]ur nation's historical tradition of forfeiture laws, which temporarily disarmed convicts while they completed their sentences, also supports disarming those on

parole, probation, or supervised release." *Id.*, *5. In *Goins*, the Court found it "within this nation's historical tradition for Kentucky to temporarily limit [Goins's] firearm possession as a result of the dangerousness his conduct exhibited." *Id*. There, Goins was dangerous because of his history of drunk driving. *Id*., *7. Here, Ronald Williams is dangerous because he murdered two people and, as a result, was subject to a parole condition that he "must not own or possess a firearm of any type." (R.19-1: Parole Order and Conditions, PageID.153). Thus, Congress could lawfully disarm him. Under *Goins*, the district court's decision here—finding § 922(g)(1) unconstitutional as applied to a parolee and double murderer—must be reversed.

Respectfully submitted,

Dawn N. Ison
United States Attorney

/s/ William J. Vailliencourt, Jr.
William J. Vailliencourt, Jr.
Assistant United States Attorney
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9626
William.Vailliencourt@usdoj.gov

Dated: October 10, 2024

2

# Certificate of Service

I certify that on October 10, 2024, I electronically filed this Third Status Report for the United States with the Clerk of the United States Court of Appeals for the Sixth Circuit using the ECF system, which will send notification of the filing to the following:

Celeste Kinney, Celeste_Kinney@fd.org

Brandy Yolanda Robinson, Brandy_Robinson@fd.org

/s/ William J. Vailliencourt, Jr.
Assistant United States Attorney